IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAUNTWAN BARNES,

    Plaintiff,

v.                                 Case No. 4:18cv261-MW/CAS

ANGELA DEMPSEY
and
BRITTANY FOX,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 4, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and because Judge Dempsey has absolute immunity from suit." The Clerk shall close the file.

**SO ORDERED on March 5, 2019.**

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**